Israel Caraballo, Jr.
2 Parkside Dr.
Jamesburg, N.J. 08831

RECEIVED IN THE CHAMBERS OF

MAR 2 7 2009

HON. CLAIRE C. CECCHI

March 25, 2009

Honorable Claire C. Cecchi, U.S.M.J.
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
P.O. Box 999
Newark, New Jersey 07101-0999

RE:  Caraballo v. Anthony Ambrose, et al.
     Civil Action No. 07-CV-3701 (JLL)

Dear Judge Cecchi:

This letter is in response to the letter written by Stefani C. Schwartz, Council for the City of Newark, dated March 24, 2009, which serves the purpose of requesting leave of court to file a dispositive motion.

I hereby request that the court deny this motion due to the fact that my case does have merit and my case when presented to a jury will be proven with minimal effort. Also, I am presently without council due to Kevin J. Carlin's temporary suspension, and once his suspension period is over I am going to retain him as my attorney in order to be represented in this case. This request for dispositive motion is an example of the City's practice of underhanded and unethical conduct: Stefani C. Schwartz is well aware that my attorney is serving a suspension and that I am not represented by council.

My case does have merit and I request that the court deny this request for leave of court and to maintain the date of July 13, 2009 for a settlement status conference. This letter serves as an

example of the fact that I am interested in continuing to pursue this case for the injustice that I suffered.

I thank the court for its consideration of this matter.

Respectfully submitted,

*Israel Caraballo Jr.*

Israel Caraballo, Jr.

